July 24, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CONNIE SUSAN WALSH, Appellant

NO. 14-10-00629-CV                    V.

JAMES HENRY WALSH, Appellee

_____

This cause, an appeal from the final divorce decree, signed April 14, 2010, was heard on the transcript of the record. We have inspected the decree and find no error in the decree. We order the judgment of the court below **AFFIRMED**.

We order appellant, Connie Susan Walsh, to pay all costs in this appeal. We further order the decision certified below for observance.